UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

       Plaintiff,

v.

Samuel David Shoen,

       Defendant.

No. 14-cr-31 (1) (JNE/TNL)
ORDER

---

This case is before the Court on a Report and Recommendation. ECF No. 70. There, the United States Magistrate Judge recommends that Defendant Samuel David Shoen's Motion to Suppress Statements, Admissions, and Answers be denied and that his Motion to Suppress Search and Seizure and Motion to Suppress the Contents of Any Intercepted Wire or Oral Communications be denied as moot.

Shoen did not object. The Court has conducted a de novo review of the record, and now adopts the Report and Recommendation.

Based on the files, records, and proceedings herein, and for the reasons discussed above,

IT IS ORDERED THAT:

1. Defendant's Motion to Suppress Statements, Admissions, and Answers [ECF No. 36] is DENIED.

2. Defendant's Motion to Suppress Search and Seizure [ECF No. 35] is DENIED AS MOOT.

3. Defendant's Motion to Suppress the Contents of Any Intercepted Wire or Oral Communications and Evidence Derived Therefrom [ECF No. 52] is DENIED AS MOOT.

Dated: October 8, 2014

       s/Joan N. Ericksen
       JOAN N. ERICKSEN
       United States District Judge