Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Samuel David Shoen

Docket No. 0864 0:14CR00031-001(JNE)

Petition on Supervised Release

COMES NOW **Brian S. James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Samuel David Shoen** who was sentenced for Felon in Possession of Firearm (3 cts), and Felon in Possession of Ammunition (2 cts) on February 2, 2016, by the Honorable Joan N. Ericksen, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol; not to enter establishment where alcohol is sold
- Participate in drug/alcohol treatment program
- Submit to searches
- Employment required
- Association and Gang Restrictions

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION:  The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.

A Sweatpatch worn by the defendant from October 6, 2021, through October 14, 2021, tested positive for methamphetamine.

PRAYING THAT THE COURT WILL ORDER that the petition signed November 3, 2021, be vacated and any associated revocation proceedings be cancelled, and conditions of supervision be modified to include the following:

You shall participate in a mental health counselling program as approved by the probation officer.  This program may include psychological/psychiatric counselling or treatment, family counselling, and mentor support.

The defendant shall participate in a location monitoring program for a period of 60 days.  The defendant shall be monitored using global positioning system (GPS) technology. The defendant shall be monitored under the following restrictions:

The defendant shall remain at their residence every day during set hours as directed by the probation officer.

The defendant shall not be required to pay the costs of location monitoring.

Any future conduct that appears to violate the conditions ordered by the Court will be documented in a separate violation report.

ORDER OF THE COURT

Considered and ordered this __3rd__ day of __December, 2021__, and ordered filed and made a part of the records in the above case.

_s/ Joan N. Ericksen_
Honorable Joan N. Ericksen
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Brian James
Brian S. James
Senior U.S. Probation Officer
Telephone: 612-664-5364

Executed on     December 3, 2021
Place           Minneapolis

Approved:

s/ Odell Wilson III
Odell Wilson III
Supervising U.S. Probation Officer