


## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## PROBATION AND PRETRIAL SERVICES OFFICE

KITO J BESS
Chief Probation Officer
300 S 4th St , Ste  406
Minneapolis MN 55415-1320
612-664-5400
FAX 612-664-5350

316 N Robert St , Ste  600
St  Paul MN 55101-1465
651-848-1250
FAX 651-848-1255

515 W 1st St , Ste  206
Duluth MN 55802-1302
218-529-3545
FAX 218-529-3546

619 Beltrami Ave  NW, Ste 100
Bemidji MN 56601-3066
218-210-6030
FAX 218-333-8055

118 S Mill St , Ste  304
Fergus Falls MN 56537-2576
218-739-0041
FAX 218-739-0043

Reply to:  Minneapolis     September 9, 2022

Honorable Joan N. Ericksen
Senior U.S. District Judge
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE:   Samuel David Shoen
      Docket No. 0864 0:14CR00031-001

Dear Judge Ericksen:

On February 2, 2016, Mr. Samuel Shoen was sentenced by Your Honor for Felon in Possession of a Firearm (multiple counts), and Felon in Possession of Ammunition (multiple counts), to the Bureau of Prisons for 108 months, with 3 years supervised release to follow. On September 14, 2021, Mr. Shoen began the term of his supervised release, which includes conditions restricting any possession of "a dangerous weapon." Mr. Shoen has discussed with this officer, his hope to participate in hunting deer by use of a bow and arrow. As directed, he completed a written request that has previously been forwarded to the Court.

Overall, Mr. Shoen has had a positive adjustment to supervision. He has maintained a steady residence with his mother and has a significant other who has moved in with them and is supportive of his reentry.  Mr. Shoen secured employment earlier this year, where he works in construction management. He is currently compliant with directives related to a mentor who he meets with in the community on a routine basis.

A modification was completed in December of 2021, adding conditions recommended by this officer, after Mr. Shoen was alleged to have a drug test (sweat patch) that indicated use of methamphetamine. Mr. Shoen still maintains that he did not use methamphetamine since the date of his original arrest (2013), but did follow through with recommended directives.

Considering Mr. Shoen's history and the related facts of this case, denial of the current request could easily be justified. This officer has staffed this matter with our extremist team and no objection was made to allowing this request. It is this officer's opinion that this could be deemed a pro-social activity with minimal increased risk, as well as an opportunity to provide Mr. Shoen some positive feedback.

Please feel free to contact this officer with any further questions or requests.

Honorable Joan N. Ericksen   RE:  Samuel David Shoen
September 9, 2022   Docket No. 0864 0:14CR00031-001
Page 2

Respectfully,   Approved By:

s/ Brian James   *s/ Dawn Arenz*

Brian S. James   Dawn Arenz
Senior U.S. Probation Officer   Supervising U.S. Probation Officer
612-664-5364

Honorable Joan N. Ericksen                                             RE:  Samuel David Shoen
September 9, 2022                                                       Docket No. 0864 0:14CR00031-001
Page 3

☐   Received; no comment necessary.

☒   I concur with your recommendation.

☐   Send me an update in approximately _____.

☐   Please call me to discuss this matter further.

☐   Other: _____.

September 12, 2022                           s/ Joan N. Ericksen
Date                                          Honorable Joan N. Ericksen
                                              U.S. District Judge